UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DARREN SOLFEST and STACI SOLFEST,

        Plaintiffs,

v.                                                                             Case No: 07-C-0427-S

ARCTIC CAT INC.,

        Defendant.

---

### ORDER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

---

Upon the Motion of Attorney Mark Andrews, it is hereby ordered that Attorney Victoria Olds is admitted as Attorney *Pro Hac Vice* for purposes of representing the defendant Arctic Cat Inc. in the above-captioned matter.

Dated this __31st__ day of __January__, 2008.

                          BY THE COURT:

                          JOHN C. SHABAZ
                          Federal Court Judge

Copy of this document has been provided to: Atty Andrews
this 31 day of Jan., 20 08
by: _____
M. Martin, Secretary to
Judge John C. Shabaz